# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 2:19-CV-525-38MRM

Plaintiff:
**RYAN SEAN MANGEL**

vs.



Defendant:
**ANI KATIUSKA DAZA, a/k/a ANI KATIUSKA DAZA ISAZA, f/k/a ANI KATIUSKA DAZA DE MANGEL**

For:
Cynthia Conlin, Esq.
Cynthia Conlin & Associates
1643 Hillcrest Street
Orlando, FL 32803

Received by Investigative Process Service, Inc. on the 27th day of August, 2019 at 1:00 pm to be served on **Ani Katiuska Daza a/k/a ANI KATIUSKA DAZA ISAZA, f/k/a ANI KATIUSKA DAZA DE MANGEL, 1160 Turtle Creek Drive, Apartment 1027, Naples, FL 34110**.

I, Daniel Mckeon, CPS #157975, do hereby affirm that on the **30th day of August, 2019** at **10:30 am**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action; Civil Cover Sheet; Amended Complaint; Standing Order - In Re: Filing of Documents that Exceed Twenty-Five Pages; Related Case Order and Trace Two Notice; Notice of Pendency of Other Actions; Case Management Report; Interested Persons Order for Civil Cases with Attachment A** with the date and hour of service endorsed thereon by me, to: **Ani Katiuska Daza a/k/a ANI KATIUSKA DAZA ISAZA, f/k/a ANI KATIUSKA DAZA DE MANGEL** at the address of: **1160 Turtle Creek Drive, Apartment 1027, Naples, FL 34110**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: HISPANIC, Height: 5'6", Weight: 135, Hair: BLACK, Glasses: N

PURSUANT TO FLORIDA STATUTE 92.525, I ACKNOWLEDGE THAT I AM CERTIFIED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHERE THIS PROCESS WAS SERVED, HAVE NO INTEREST IN THE ABOVE ACTION, AND AM OF LEGAL AGE. UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.

Daniel Mckeon, CPS #157975
Certified Process Server

Investigative Process Service, Inc.
P.O. Box 3551
Orlando, FL 32802
(407) 426-7433

Our Job Serial Number: ILS-2019003242

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1e