UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RYAN SEAN MANGEL, individually

    Plaintiff,

v.                                      Case No.: 2:19-cv-525-FtM-38MRM

ANI KATIUSKA DAZA,

    Defendant.
_____/

## **ORDER**[1]

Before the Court is a sua sponte review of the file. On December 9, 2019, the Court dismissed one of Plaintiff Ryan Sean Mangel's claims—but Mangel's other claim survived. (Doc. 37 at 8). So now Mangel has one claim for defamation pending against Defendant Ani Katiuska Daza. (Doc. 37 at 5-8). That is Count II in the Second Amended Complaint. (Doc. 17 at 12-15). The Court ordered Daza to file an answer to the Second Amended Complaint by December 24, 2019. (Doc. 37 at 8). But Daza never filed anything. So on January 3, 2020, the Court explained this situation and again ordered Daza to answer or show cause why a default should not be entered against her by January 10, 2020. (Doc. 38). The Court warned Daza that failing to comply "may result in the entry of a default against" her. Still, Daza never responded or filed anything.

This is Daza's final warning. If Daza does not file an answer to the Second Amended Complaint (Doc. 17), on or before January 23, 2020, the Court will enter a

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

default against Daza for failing to plead or otherwise defend this case. At that point, Mangel will then be able to move for a default judgment against Daza.

Accordingly, it is now

**ORDERED:**

Defendant Ani Katiuska Daza must **FILE** an answer to the Second Amended Complaint (Doc. 17), **on or before January 23, 2020. The failure to comply with this Order (by not filing an answer or otherwise defending this case) will result in the entry of a default against Daza without further notice**.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of January, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record