UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RYAN SEAN MANGEL, individually

    Plaintiff,

v.                                                                                                      Case No.:  2:19-cv-525-FtM-38MRM

ANI KATIUSKA DAZA,

    Defendant.
_____/

## **ORDER**[1]

Before the Court is Defendant Ani Katiuska Daza's ("Daza") *pro se* Motion to Dismiss Count II Defamation filed on January 22, 2020. (Doc. 40). The Court previously ruled on Daza's motion to dismiss the Second Amended Complaint. (Doc. 37). It dismissed Count I and ordered Daza to file an answer to Count II. (*Id.*). Daza, however, missed the filing deadline. The Court extended her two additional opportunities to file an answer. (Docs. 38; 39). Finally, after the Court's third directive, she filed the instant motion to dismiss. (Doc. 40). The Court will extend Daza **one final opportunity** to file a proper answer.[2] Failure to comply with this Court's Order will result in the entry of a default in favor of Ryan Sean Mangel.

Accordingly, it is now

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

[2] Litigants are encouraged to retain counsel. That said, should Daza continue *pro se*, the Court directs her to the "Litigants without Lawyers" section of the Middle District's website: https://www.flmd.uscourts.gov/litigants-without-lawyers. There she can find the "Guide for Proceeding without a Lawyer."

**ORDERED:**

1. Defendant Ani Katiuska Daza's Motion to Dismiss Count II Defamation (Doc. 40) is **STRICKEN** from the record.

2. Daza must file an answer to the Second Amended Complaint **on or before February 12, 2020**. <u>This is the Court's final warning</u>. **Failure to comply with this Order will result in entry of a Clerk's default against Daza. Plaintiff will then be directed to move for default judgment.**

**DONE** and **ORDERED** in Fort Myers, Florida this 28th day of January, 2020.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record